## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **MORGAN HOLT and MORGAN WARD,** | ) | |
| **On Behalf of THEMSELVES and All** | ) | |
| **Others Similarly Situated,** | ) | **COLLECTIVE ACTION** |
| | ) | |
| *Plaintiffs*, | ) | **CASE NO. 3:20-cv-00147** |
| | ) | |
| **v.** | ) | **JUDGE TRAUGER** |
| | ) | |
| **SOUTHEAST RESTAURANT GROUP-** | ) | **JURY DEMAND** |
| **MAIN, L.L.C. and SOUTHEAST** | ) | |
| **RESTAURANT GROUP-TM, L.L.C.** | ) | |
| | ) | |
| *Defendants*. | ) | |

### PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Named Plaintiffs Morgan Holt and Morgan Ward, on behalf of themselves and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this FLSA collective action, proceeding pursuant to 29 U.S.C. § 216(b) give notice to the Court that the Parties have agreed to resolve this matter and submit this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice.

Plaintiffs respectfully request that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in informal discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. Then, the parties engaged in extensive, arm's-length negotiations in mediation led by Michael Russell, an experienced mediator in wage and hour litigation. Ultimately, the Parties reached a final agreement on all material issues, including the amounts to be paid as damages to each of the Plaintiffs, service payments for each of the Named Plaintiffs, and consideration for their general releases, and attorneys' fees, costs, and expenses.

1

Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, Plaintiffs further request that the Court dismiss this action with prejudice.

In support of this Motion, Plaintiffs have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting memorandum, Plaintiffs respectfully request that the settlement be approved.


Dated: September 14, 2020                    Respectfully submitted,

                                             /s/ David W. Garrison
                                             **DAVID W. GARRISON (No. 24968)**
                                             **JOSHUA A. FRANK (No. 33294)**
                                             BARRETT JOHNSTON MARTIN & GARRISON, LLC
                                             Philips Plaza
                                             414 Union Street, Suite 900
                                             Nashville, TN 37219
                                             Telephone: (615) 244-2202
                                             Facsimile: (615) 252-3798
                                             dgarrison@barrettjohnston.com
                                             jfrank@barrettjohnston.com

                                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiff's Unopposed Motion for Approval of the Parties' Settlement Agreement and Dismissal With Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendants as listed below via the CM/ECF system on September 14, 2020:

**FRED J. BISSINGER (No. 19671)**
WIMBERLY LAWSON WRIGHT DAVES & JONES
214 Second Avenue North, Suite 3
Nashville, Tennessee 37201
Telephone: (615) 727-1000
fbissinger@wimberlylawson.com

**JEROME D. PINN (No. 017848)**
**EDWARD H. TRENT (No. 030045)**
WIMBERLY LAWSON WRIGHT DAVES & JONES
550 Main Avenue, Suite 900
Knoxville, TN 37901
Telephone: (865) 546-1000
jpinn@wimberlylawson.com
etrent@wimberlylawson.

*Attorneys for Defendants*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
   **MARTIN & GARRISON, LLC**

3