# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| **MORGAN HOLT and MORGAN WARD,** On Behalf of **THEMSELVES** and All **Others Similarly Situated,** | ) ) ) ) | **COLLECTIVE ACTION** |
| *Plaintiffs*, | ) ) | **CASE NO. 3:20-cv-00147** |
| **v.** | ) ) | **JUDGE TRAUGER** |
| **SOUTHEAST RESTAURANT GROUP-MAIN, L.L.C. and SOUTHEAST RESTAURANT GROUP-TM, L.L.C.** | ) ) ) ) | **JURY DEMAND** |
| *Defendants*. | ) ) | |

## ORDER APPROVING SETTLEMENT

This matter is before the court on Plaintiffs' Unopposed Motion for Approval of the Parties' Settlement Agreement. For good cause shown, the Plaintiffs' Unopposed Motion is GRANTED. The Court herby APPROVES the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act[1] and dismisses Plaintiffs' claims with prejudice.

It is so ORDERED.

_____

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

---

[1] The court is approving the attorney's fee in this case as part of a negotiated settlement with the aid of a mediator. This approval should not be taken as precedent for this court in the future approving the charging of a law clerk's time at the rate of $200 per hour or the charging of professional staff at $150 per hour.